# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    17-09233 |
| PATRICIA BENTZ | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## Order Lifting Automatic Stay

This matter coming before the court for hearing on DEER RUN OF OSWEGO CONDOMINIUM ASSOCIATION's Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

DEER RUN OF OSWEGO CONDOMINIUM ASSOCIATION's Motion for Relief from Stay as to 2600 Light Road, Unit 208, Oswego Illinois 60543 is granted.

The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 24, 2018

**Prepared by:**

#6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446